E-FILED
Friday, 20 July, 2007  02:46:53 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Anthony Swayne Harris, Jr )
_____ )
       Plaintiff           )
                           )
vs.                        )     Case No. 07-2135
                           )     *(The case number will be assigned by the clerk)*
Dan Walsh, Dr. Cullinan,   )
Champaign County Jail      )
_____ )
_____ )     **FILED**
_____ )
_____ )     JUL 20 2007
_____ ,)
                           )     JOHN M. WATERS, Clerk
       Defendant(s)        )     U.S. DISTRICT COURT
                                 CENTRAL DISTRICT OF ILLINOIS
                                 URBANA, IL

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☑ Unknown  Denial of medicine, and proper medical treatment

---

**Please refer to the instructions when filling out this complaint.** *Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

A. Plaintiff:

Full Name: Anthony Swayne Harris Jr.

Prison Identification Number: 49876

Current address: 502 S. Lierman 1A25-seg Urbana Ill, 6180

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Dr. Cullinan

Current Job Title: Doctor of County Jail

Current Work Address: 502 S. Lierman

Defendant #2:

Full Name: Dan Walsh

Current Job Title: Sheriff of Champaign County

Current Work Address

Defendant #3:

Full Name: Champaign County Jail

2

Current Job Title: Holding Facility

Current Work Address: 502 S. Lierman

Urbana ILL 61801

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

3

# V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Champaign County Jail___

Date(s) of the occurrence ___Between May 9, 2007 to present___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Dr. Cullinan, which is the Champaign County Jail doctor denied me certain medications after I was released by Carle hospital. He is still denying medications. 3 weeks ago I had an appointment at Carle Hospital, Dr. Dolan became suspicious and had the jail nurse fax him my medical prescriptions. They were not giving the medicine I needed. He asked the nurse why not, she told him that Dr. Cullinan said no. I immediately contacted my family and they called certain people to inquiry and Dr. Dolan call Dr. Cullinan and two days later gave just some of the medicine. I have scoliosis, determined by Dr. Dolan, after an X-Ray at Carle, but Carle will not operate on my spine because the jail will not keep appts and therapy sessions for me to attend to told to me by Dr. Dolan. The Dr. Dolan told I need the surgery right away. Dr. Cullinan has also denied me a back brace which would reduce the pain and proper pain medication. Dr. Cullinan also told me in front of a nurse when I returned from the hospital that the reason I still wasn't in the hospital is because administration doesn't want me there.

The Champaign Count Jail was supposed return me back to Carle for a check up to find out what was causing the ulcer. I have missed appointments with Carle Doctors and Dr. Cullman at the jail because he doesn't show up.

Dan Walsh, because my Attorney Randall Rosenbaum, My parents, Aunt and Uncle have spoken to Dan Walsh the Sheriff about my medical conditions and nothing has changed.