E-FILED
Wednesday, 08 August, 2007 09:18:49 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY SWAYNE HARRIS,**         ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff                                      ) | **AD TESTIFICANDUM** |
|                                                      ) | |
| **vs**                                          ) | |
|                                                      ) | **CASE NO. 07-2135** |
| **DAN WALSH, et al.,**                ) | |
| Defendants                                ) | |

**TO: THE WARDEN CHAMPAIGN COUNTY JAIL** at Urbana:

      **WE COMMAND** that you produce the body of **Anthony Swayne Harris**, Register No. **49876**, who is in your custody at Champaign County Jail before the United States District Court on **August 30, 2007, at 2:30 P.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 8, 2007

                                        JOHN M. WATERS, CLERK
                                        UNITED STATES DISTRICT COURT

                                        BY: s/ M. Talbott
                                              Deputy Clerk