07-2135

The Doctor at the County Jail name is spelled either Stephen or Steven Cullinan. The nursing staff will not tell me how to spell is name. Is it okay if I write both spelling

Also let me know if I filled out every right

Sincerely,

FILED
AUG 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL