E-FILED
Friday, 17 August, 2007  02:49:48 PM
Clerk, U.S. District Court, ILCD

07-2135

Please help me understand this letter, I am having a hard time understanding it. My court date August 30, 2007. I would like to have everything up to par before then.

**FILED**
AUG 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Sincerely,
Anth[...]

P.S. I am suing the Sheriff of Champaign County, do I also need to sue Champaign County Jail or is this the same thing