# United States District Court

CENTRAL DISTRICT OF ILLINOIS

Anthony S. Harris,                    )
                                      )
         **Plaintiff**                )
                                      )
   vs.                                )   Case No. 07-2135
                                      )
                                      )   *(The case number will be assigned by the clerk)*
Dan Walsh                             )
Dr. Stephen or Steven Cullinan        )
Champaign County Jail                 )
                                      )   **FILED**
                                      )
                                      )   AUG 17 2007
                                      )
                                      )   JOHN M. WATERS, Clerk
                                      ,)  U.S. DISTRICT COURT
                                      )   CENTRAL DISTRICT OF ILLINOIS
         **Defendant(s)**             )   URBANA, IL

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☑   Other federal law: Civil rights violation, denied medication

☐   Unknown _____

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. **This is not** the form to file a habeas corpus petition.*

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

# II. PARTIES

**A. Plaintiff:**

Full Name: Anthony Swayne Harris

Prison Identification Number: 49876

Current address: 502 S. Lierman Champaign County Jail Urbana ILL 61801

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

**B. Defendants**

Defendant #1:

Full Name: Dan J. Walsh

Current Job Title: Sheriff of Champaign County

Current Work Address: 204 E. Main St. Urbana ILL 61801-2702

Defendant #2:

Full Name: Dr. Steven or Stephen Cullinan

Current Job Title: Doctor at Champaign County Jail

Current Work Address: 204 E. Main St. Champaign County Jail Urbana ILL, 61801

**Defendant #3:**

    **Full Name:** Champaign County Jail

    **Current Job Title:** Correctional Center

    **Current Work Address** 204. E. Main Street Urbana ILL 61801-2702

**Defendant #4:**

    **Full Name:** _____

    **Current Job Title:** _____

    **Current Work Address** _____

**Defendant #5:**

    **Full Name:** _____

    **Current Job Title:** _____

    **Current Work Address** _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐         No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
      _____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☑  No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed? Yes ☑  No ☐

4

## V. STATEMENT OF CLAIM

**Place(s) of the occurrence** _Champaign County Jail_

**Date(s) of the occurrence** _Between May 07 to June 07_

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

**THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I had a check-up appointment at Carle hospital with Dr. Stephen Dolan. The nurse at the county Jail faxed him what meds they were giving me. And all the meds prescribed by Carle hospital Doctors were not given to me. Dr. Dolan asked why, she the nurse told him Dr. Cullinan said don't give him the meds. Two days later I started to recieve them, after Dr. Dolan called Dr. Cullinan and my family called to complain. For almost two months I was denied medicine for HIV and I still never recieved my other meds for my ulcer prescribed by Carle hospital Doctors. Dr. Dolan said that if not taking all the meds that's why my ulcer in my

esophagus had not gone away. I have struggled for months to eat and swallow food because Dr. Cullinan would not give me my meds. I went through severe back pain, chest pain because of the ulcers.

Dan S. Walsh will not let the jail keep my appointments and therapy sessions for surgery on my spine. Dr. Dolan took an x-ray and said I have scoliosis. He said I need immediate surgery. The jail will not let me wear a back brace which will reduce pain. Even though I'm isolated from all inmates in segregation so I am in constant pain all day because they won't give me anything stronger than tylenol, which Dr. Dolan said won't take my pain away. My family has repeatedly contacted Dan Walsh and nothing is getting done. Carle won't operate on me because the jail will not cooperate.

## RELIEF REQUESTED

*(State what relief you want from the court.)*

To have surgery done on my back, to be given a back brace until time of surgery. To be able to go to follow-ups at Carle and Therapy. And have all the meds that Carle Doctors have prescribed for me. And monetary relief for all this pain and suffering that I am going through since May of 2007 in the amount 5,000,000 dollars. And an apology from Sheriff Dan Walsh and Dr. Steven Cullinan for violation of my civil rights.

**JURY DEMAND**   Yes ☑   No ☐

**Signed this** ___August___ **day of** ___15th___, 20_07_.

_____
*(Signature of Plaintiff)*

| **Name of Plaintiff:** | **Inmate Identification Number:** 49876 |
|---|---|
| **Address:** Champaign County Jail, 502 S. Lierman, Urbana IL, 61801 | **Telephone Number:** |