E-FILED
Thursday, 30 August, 2007 04:42:40 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY SWAYNE HARRIS**    ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff    ) | **AD TESTIFICANDUM** |
|     ) | |
| **vs**    ) | |
|     ) | **CASE NO. 07-2135** |
|     ) | |
| **DAN WALSH ET AL**    ) | |
| Defendant    ) | |

**TO: THE WARDEN of** CHAMPAIGN COUNTY JAIL at URBANA, IL.

**WE COMMAND** that you produce the body of **ANTHONY SWAYNE HARRIS**, Register No. **N/A**, in your custody at CHAMPAIGN COUNTY JAIL before the United States District Court at the Federal Building, 201 South Vine, Urbana, Illinois on **FRIDAY, OCTOBER 12, 2007 AT 2:30 P. M. (NOTE: All inmates must arrive at the Federal Building at least one-half hour prior to the beginning of the hearing and should be dressed in proper civilian attire.)** and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 30, 2007

> s/John M. Waters
> JOHN M. WATERS, CLERK
> UNITED STATES DISTRICT COURT
>
> BY: s/V. Ball
>     Deputy Clerk