E-FILED
Friday, 05 October, 2007   03:20:33 PM
Clerk, U.S. District Court, ILCD

t Aug. 30, in front of
P. McCuskey, about my civil suit.
ne for another hearing Oct. 12, 2007.
nd my complaint. Can you please
rwork to amend my civil

Sincerely Yours,

Anthony [signature]

is

07-2135

-Reception

THIS CORRESPONDENCE
IS FROM AN INMATE
OF THE ILLINOIS
DEPT OF CORRECTIONS

02 1M
0004245818
MAILED FROM ZI

United States District Court
Central District of Illinois
Office of the Clerk
201 S. Vine St. Rm 218
Urbana Ill, 61802-3348