**E-FILED**
Wednesday, 10 October, 2007  10:59:46 AM
Clerk, U.S. District Court, ILCD



# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 217-373-5830
FAX: 217-373-5834

### OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE  STREET
URBANA, ILLINOIS 61802

October 10, 2007

Menard Correctional Center
RECORD DEPT.
P. O. Box 711
Menard, IL 62259

RE: Anthony Harris v Dan Walsh, et al
CASE: 07-2135

To Whom It May Concern:

It is the Court's understanding that inmate Anthony S Harris, K 81789, has been transferred to your facility.

There is a telephone conference call scheduled on Friday, October 12, 2007, at 2:30 p.m. with Chief Judge Michael P. McCuskey.  Please have inmate Anthony S Harris, K 81789, available for this hearing. The Court will initiate the telephone conference call.  Thank you.

Yours truly,

S/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW/kw

cc: Anthony S Harris