**Illinois**
Department of
**Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Menard Correctional Center / 711 Kaskaskia Street / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

# Fax Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | Karen | **From:** | Julie Potts |
| **Fax:** | 217-373-5834 | **Pages:** | 1 |
| **Phone:** | | **Date:** | 10/10/07 |
| **Re:** | Anthony Harris K81789 | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

**Please be advised that arrangements have been made for Offender Anthony Harris K81789 to be available for the telephone call on 10/12/07 at 2:30 p.m. Please call 618-826-5071 extension 2240.**