

# United States District Court

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

OFFICE OF THE CLERK
218 U.S. COURTHOUSE
201 S. VINE STREET
URBANA, ILLINOIS 61802

TEL: 217-373-5830
FAX: 217-373-5834

October 11, 2007

Champaign County Jail
TRUST FUND DEPT
502 S.Lierman
Urbana, IL   61802

Re: ANTHONY HARRIS v DAN WALSH, ET AL
Case No.07-2135

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Anthony Harris**.   In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **M**r. Anthony Harris  trust fund ledgers for the period **of  February 20, 2007 through July 20, 2007**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

United States District Court
Central District Of Illinois
201 S. Vine St., Room 218
Urbana, IL 61802

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK
U. S. DISTRICT COURT

JMW
cc: Anthony Harris