

# United States District Court

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 217-373-5830  
FAX: 217-373-5834

OFFICE OF THE CLERK  
218 U.S. COURTHOUSE  
201 S. VINE STREET  
URBANA, ILLINOIS 61802

October 11, 2007

Menard Correctional Center  
TRUST FUND DEPT.  
P. O. Box 711  
Menard, IL  62259

Re: ANTHONY HARRIS v DAN WALSH, ET AL  
Case No.07-2135

Dear Trust Fund Department:

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from **Mr. Anthony Harris**.  In order for the Court to determine whether he is entitled to proceed in forma pauperis, the Court must review his trust fund ledgers for the six months immediately preceding receipt of his complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of **Mr.** Anthony Harris  trust fund ledgers for the period **of  February 20, 2007 through October 11, 2007**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

United States District Court  
Central District Of Illinois  
201 S. Vine St., Room 218  
Urbana, IL 61802

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

s/JOHN M. WATERS, CLERK

JOHN M. WATERS, CLERK  
U. S. DISTRICT COURT

JMW  
cc: Anthony Harris