E-FILED
Tuesday, 16 October, 2007  11:53:41 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ANTHONY S. HARRIS,** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-2135** |
| **DAN WALSH, ET AL,** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** MENARD at MENARD, IL.

      **WE COMMAND** that you produce the body of **ANTHONY S. HARRIS**, Register No. **K 81789**, who is in your custody at MENARD before the United States District Court on **THURSDAY, NOV. 15, 2007, AT 1:30 P.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  OCT. 16, 2007

                                        JOHN M. WATERS, CLERK
                                        UNITED STATES DISTRICT COURT

                                        BY:   s/K. Wynn
                                                 Deputy Clerk