Oct 12

07-2135

Clerk,

My name is Anthony Harris. I have a Oct. 12 court hearing in front of chief Judge McCluskey at 2:30 p.m.

I don't know if you know that I am in Menard Correction Center. I just left Stateville recieving and haven't been able to write to you with my new address because I just got to Menard.

Please send me papers to fill out I have to amend my civil suit per say chief McCluskey if I miss my Oct. 12 court date have the judge schedule me another.

Sincerely,

Anthony Harris
K81789

FILED
OCT 17 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS