of Court.

Can you please send me a copy of the rules of civil procedure. My next court date is Nov. 15, 2007.

**FILED**
OCT 25 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Sincerely,
Anthony Harris