

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

TEL: 217-373-5830
FAX: 217-373-5834

**OFFICE OF THE CLERK**
**218 U.S. COURTHOUSE**
**201 S. VINE STREET**
**URBANA, ILLINOIS 61802**

October 26, 2007

Anthony Swayne Harris K81789
Menard Correctional Center
Inmate Mail/Parcels
PO Box 711
Menard, IL 62259

Re: 07-2135 Harris v. Walsh

Dear Mr. Harris:

    We have received your letter requesting a copy of the Federal Rules of Civil Procedures.  The Clerk's office does not supply copies of these rules.  You should go to the law library of the institution.

Very truly yours,
s/ John M. Waters
JOHN M. WATERS, CLERK


JMW/mt