# United States District Court

CENTRAL DISTRICT OF ILLINOIS

Anthony Swayne Harris Jr.,        )
                                  )
           Plaintiff              )
                                  )
       vs.                        )     Case No. 07-2135
                                  )
                                  )     (The case number will be assigned by the clerk)
Dan Walsh                         )
Dr. Stephen Cullinan              )
Health Professional Limited       )
_____             )
_____             )
_____             )
_____             )
_____             )
_____,            )
                                  )
         Defendant(s)              )

**FILED**
NOV -1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT* — Amended!

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☑ Unknown  Civil Rights violations - Denial of medicine and medical services

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. **This is not the form to file a habeas corpus petition.***

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

**A. Plaintiff:**

Full Name: Anthony Swayne Harris Jr.

Prison Identification Number: K81789

Current address: Menard CC P.O. Box 711 Menard IL, 62259

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

**B. Defendants**

Defendant #1:

Full Name: Dan Walsh - Champaign County Sheriff

Current Job Title: Sheriff

Current Work Address: 502 S. Lierman Urbana IL, 61801 Champaign County Jail

Defendant #2:

Full Name: Dr. Stephen Cullinan

Current Job Title: Doctor of Champaign County Jail

Current Work Address: 8940 N. Wood Sage Road Peoria ILL, 61615

2

**Defendant #3:**

Full Name: Health Professional Limited

Current Job Title: Medical Provider for Champaign County Jail

Current Work Address: 502 S. Lierman Urbana IL, 61801 Champaign County Jail

**Defendant #4:**

Full Name: _____

Current Job Title: _____

Current Work Address _____

**Defendant #5:**

Full Name: _____

Current Job Title: _____

Current Work Address _____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe _____

3

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

   1. Name of Case, Court and Docket Number
_____

   2. Basic claim made _____

   3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☑    No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑    No ☐

If your answer is no, explain why not _____
_____

C. Is the grievance process completed? Yes ☑    No ☐

4

## V. STATEMENT OF CLAIM

Place(s) of the occurrence ___Champaign County Jail___

Date(s) of the occurrence ___May 15,07 June 3-7, June 10-14, June 20___
___June 22 August 5, Basically May 8 - Sept. 13 2007___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

***THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED.*** *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I was arrested May 9, 2007 at the Champaign County Jail. I filled out a sick call slip complaining of chest pains, back pains, sides and shoulders and that I couldn't swallow my food and that I hadn't ate in almost a week. I was scheduled to see Dr. Cullinan May 15, 2007. He never came to the jail. On May 16, 2007 I was taken to Carle Hospital. I was released May 22, 2007. The doctors ran tests and found out I had a large ulcer in my esophagus. I had been off my HIV meds for 21 months while I'd was in jail in Memphis TN. Carle hospital sent me to Dr. Stephen Dolan who put me on HIV meds and meds for for my ulcer. It was in all of about 13 meds. I was placed on a liquid diet until I could swallow bland soft foods. My first 2 weeks back in the county jail I was placed in a hospital bed in a booking cell. Upon my arrival I saw Dr. Cullinan about 2 weeks after May 22 release. He came along with a nurse to my hospital bed in booking and proceeded to ask what my charges were. And told me that the

5

reason I was not in the hospital was because, Administration did not want me there. I told Dr. Cullinan that at Carle they gave me a numbing medicine call stomatitis which numbs my throat and esophagus so I could swallow without pain. Carle who give it before all three meals. At the hospital I was able to eat oatmeal, cream of wheat and soup with no meat and noodles, ice cream and milk shakes. Since Dr. Cullinan would not authorize me to have the stomach cocktail I could only at first drink water, ensure, milk and broth which I struggled to swallow. Dr. Cullinan also would not give me pain medicine stronger than tylenol which Dr. Stephen Dolan said was not sufficient to take away the pain. At Carle I had 2g of morphine every 4 hours. So my entire time at the jail I suffered horrible pain. Continued to tell the Nursing Director Tran that the tylenol didn't work. And complained about severe back pain. Dr. Cullinan saw me again 3 weeks after May 22. I told him of my back pain and he set an appointment at Carle. On or about June 18, 2007 I was sent to Carle to Dr. Stephen Dolan, escorted by Officer Hostetler. Dr. Dolan became suspicious and asked if I knew what meds I was taking, I said no. He pulled up on his computer monitor all 13 meds prescribed by Carle Doctors. The called Nurse Kendra at the jail and had her fax a copy of the meds I was taking. Upon arrival of the fax, we found out I was not receiving my stomach cocktail meds 4 meds. Dr. Dolan said it's almost useless for the ulcer to heal if I'm not taking all the meds. He asked Nurse Kendra why they weren't giving me all my meds.

6

She said Dr. Cullinan said no. I struggled at the office so he an examine then sent me to radiology for an X-RAY. The findings were severe scoliosis. He said I needed immediate surgery and a back brace would help take some pain away. Still Dr. Cullinan wouldn't allow me to have a back brace or stronger pain medicine. Dr. Dolan told me Carle surgeons would not operate because of uncooperation from the county Jail. He then said he would call Doctor Cullinan to ask why I wasn't getting my HIV meds. When I returned to the jail Sgt. Cravens allowed me a phone call in booking. I called my Aunt and Uncle to tell them. They then contacted Dan Walsh. Two days later I started recieving my HIV meds but not stronger pain meds or stomach cocktails. I lost almost 50 lbs down to 118 lbs because I couldn't eat or swallow. My whole 4 months at the jail was a struggle and disgrace. Officers wouldn't give me my pain medicine at the correct time the nurse gave. The kitchen wouldn't get my diet trays in order. Example on May 22, 2007 in front of Sgt. Morris and officer Jones the kitchen brought chilli w/ beans. I filed grievances, had my parents, Aunt and uncle call Dan Walsh numerous times and he did nothing. My Aunt is a retired nurse and has power of Attorney along with my Mom, whom I filled out paperwork so they could check on my health with medical staff. Which Nursing Tran would lie to them and tell them I'm alright and recieving all my meds and I wasn't. Health Professional Limited is

responsible because they contract with the jail and work along side Dr. Cullinan. Dan Walsh approved these contracts and employees. Everytime my family would contact him, he said he would take care of it and never did. Somedays I could barely stand when I tried to eat. 3 weeks before Sept 6, 2007. Randy Rosenbaum my P.O. came and gave me 2 civil attornies names and said Dr. Dolan had been leaving e-mails inquiring to why I wasn't recieving my meds. HPL, Dr. Cullinan and Dan Walsh neglected to take care of my medical needs while in their custody. It's simple, Carle Doctors prescribed meds and a diet and Dan Walsh, Dr. Cullinan, HPL wouldn't adhere to it. So therefore I suffered tremendous pain, I would go days where I never left the bed because of my pain. While in booking cell for 2 weeks I was allowed showers only once every 4 or 5 days, clothes exchange about the same. I was violated and treated horribly. Even a minister at my church name Hattie Polk tried contacting Dan Walsh and Julie Rietz about my situation. No one would do anything for me. If they would have given me proper medical attention my ulcer would have healed properly and my back would be on the way to healing and my weight would have gained. I have never felt so much ever in my life both mentally and physically. That is why I have filed this suit. Someone needs to be held accountable.

## RELIEF REQUESTED

*(State what relief you want from the court.)*

HPL- To pay for my back surgery, written apology and 1.5 million in damages for negligence and punitive.

Dan Walsh- 500,000 for negligence and punitive and written apology

Dr. Stephen Cullinan- 500,000 for negligence and punitive and written apology and to pay for my surgery on my back and any other medical condition due to his negligence

**JURY DEMAND**   Yes ☐   No ☑

Signed this ___October___ day of ___29___, 20_07_.

_____
*( Signature of Plaintiff)*

| Name of Plaintiff: Anthony Swayne Harris Jr. | Inmate Identification Number: K81789 |
|---|---|
| Address: Menard CC P.O. Box 711, Menard IL, 62259 | Telephone Number: 618-826-5071 |

9