10209-R6068
KEF/kjr
G:\68\R6068\R6068EOA 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY SWAYNE HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 07 2135 |
| DAN WALSH, DR. STEPHEN CULLINAN, AND HEALTH PROFESSIONALS, LTD., | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

NOW COMES KEITH E. FRUEHLING of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendants, DAN WALSH, DR. STEPHEN CULLINAN, AND HEALTH PROFESSIONALS, LTD.

Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

DAN WALSH, DR. STEPHEN CULLINAN,
AND HEALTH PROFESSIONALS, LTD,
Defendant

 s/ Keith E. Fruehling
Attorney for Defendants
    Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Anthony Swayne Harris
MENARD
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Anthony Swayne Harris
MENARD
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

      s/ Keith E. Fruehling
      Attorney for Defendants
      Heyl, Royster, Voelker & Allen
      Suite 300
      102 E. Main Street
      P.O. Box 129
      Urbana, IL 61803-0129
      217-344-0060 Phone
      217-344-9295 Fax
      E-mail: kfruehling@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060