10209-R6068
KEF/dkl
G:\68\R6068\R6068PAN 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY SWAYNE HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No.:  07 2135 |
| | ) |
| DAN WALSH, DR. STEPHEN CULLINAN, | ) |
| and HEALTH PROFESSIONALS, LTD., | ) |
| | ) |
| Defendants. | ) |

**ANSWER PURSUANT TO MERIT REVIEW ORDER OF
NOVEMBER 16, 2007 ADDRESSING PLAINTIFF'S
AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES**

NOW COME the Defendants, DAN WALSH, DR. STEPHEN CULLINAN, and HEALTH PROFESSIONALS, LTD., by their attorneys, Heyl, Royster, Voelker & Allen, and hereby provide this answer pursuant to the Merit Review Order entered November 16, 2007, mandating a response to the Plaintiff's Amended Complaint, and in further support thereof, states as follows:

1.    On November 15, 2007, this Court held a Merit Review Hearing regarding Plaintiff's Amended Complaint.  This Court ruled on November 16, 2007, that the Plaintiff stated a claim under the Fourteenth Amendment that the Defendants were deliberately indifferent to his serious medical needs.

ANSWER:    The Defendants deny the claim that they individually or in concert violated the Plaintiff's Fourteenth Amendment claims by being deliberately indifferent to his serious medical needs.  In addition, these Defendants deny the factual basis set forth in the Plaintiff's allegations of the Amended Complaint.  Finally Defendants deny that the Plaintiff

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

suffered from a serious medical need at all times material to the Amended Complaint and Merit Review Order.

 2. Plaintiff's claim of deliberate indifference under the Fourteenth Amendment as a pretrial detainee is the only claim allowed pursuant to the Merit Review Order entered November 16, 2007.

 ANSWER: Accordingly, these Defendants make no answer to any other claim as none exists.

 WHEREFORE, the Defendants, DAN WALSH, DR. STEPHEN CULLINAN, and HEALTH PROFESSIONALS, LTD., respectfully request that this Court enter judgment on their behalf and against the Plaintiff, ANTHONY SWAYNE HARRIS, JR., denying him the relief that he prays for in his Amended Complaint and as approved by the Merit Review Order of November 16, 2007, and granting these Defendants judgment and any other relief the Court deems fit.

**THESE DEFENDANTS DEMAND A TRIAL BY JURY.**

## AFFIRMATIVE DEFENSES

 NOW COME the Defendants, DAN WALSH, DR. STEPHEN CULLINAN, and HEALTH PROFESSIONALS, LTD., by their attorneys, Heyl, Royster, Voelker & Allen, and pursuant to Federal Rule of Civil Procedure 8(b) and (c), these Defendants set forth their Affirmative Defenses as follows:

 1. To the extent Plaintiff has failed to exhaust his administrative remedies, these Defendants are entitled to judgment as a matter of law.

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2.  Plaintiff seeks to state claims for monetary damages against Defendants Dam Walsh, Dr. Stephen Cullinan and Health Professionals, Ltd., all of whom were allegedly involved with providing medical services to the Plaintiff at the Champaign County Correctional Center. These claims are barred by qualified immunity.

        Respectfully submitted,

        DAN WALSH, DR. STEPHEN CULLINAN, and
        HEALTH PROFESSIONALS, LTD., Defendants,

By:    s/ Keith E. Fruehling
        Attorney for Defendants
        ARDC #6216098
        Heyl, Royster, Voelker & Allen
        102 E. Main Street
        Suite 300
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: kfruehling@hrva.com

HEYL ROYSTER VOELKER & ALLEN
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

 

s/ Keith E. Fruehling
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060