# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY HARRIS,**     Plaintiff | **WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| vs | |
| **DAN WALSH, ET AL**     Defendant | **CASE NO. 07-2135** |

**TO: THE WARDEN of** MENARD at MENARD, IL.

      **WE COMMAND** that you produce the body of **ANTHONY HARRIS**, Register No. **K 81789**, who is in your custody at MENARD before the United States District Court on **THURSDAY, MARCH 6, 2008, AT 2:00 P.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED: FEB. 20, 2008

                                        PAMELA E. ROBINSON, CLERK
                                        UNITED STATES DISTRICT COURT

                                        BY: s/K. Wynn
                                            Deputy Clerk