E-FILED
Friday, 07 March, 2008 10:38:16 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ANTHONY HARRIS**<br>Plaintiff | ) )<br>)<br>) | **WRIT OF HABEAS CORPUS**<br>**AD TESTIFICANDUM** |
| vs | ) )<br>) | **CASE NO. 07-2135** |
| **DAN WALSH, ET AL,**<br>Defendant | ) ) | |

**TO: THE WARDEN of** MENARD at MENARD, IL.

    **WE COMMAND** that you produce the body of **ANTHONY HARRIS**, Register No. **K 81789**, who is in your custody at MENARD before the United States District Court on **MONDAY, MAY 5, 2008 AT 10:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED: MARCH 6, 2008

                                                    PAMELA E. ROBINSON, CLERK
                                                    UNITED STATES DISTRICT COURT

                                                    BY: <u>s/K. Wynn</u>
                                                             Deputy Clerk