E-FILED
Tuesday, 08 April, 2008  02:16:59 PM
Clerk, U.S. District Court, ILCD

10209-R6068
KEF/dkl
G:\68\R6068\R6068DCC 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY SWAYNE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 07 2135 |
| ) | |
| DAN WALSH, DR. STEPHEN CULLINAN, ) | |
| AND HEALTH PROFESSIONALS, LTD., ) | |
| ) | |
| Defendants. ) | |

### CERTIFICATE OF SERVICE FOR DISCOVERY

The undersigned attorney hereby certifies that on the 8th day of April, 2008, he served copies of **INTERROGATORIES and REQUEST TO PRODUCE** to the Plaintiff by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

I further hereby certify that I have mailed by U.S. Mail the Certificate of Service to the following non-CM/ECF participants:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

Respectfully submitted,

DAN WALSH, DR. STEPHEN CULLINAN, AND HEALTH PROFESSIONALS, LTD., Defendants,

By:   s/ Keith E. Fruehling
Attorney for Defendants
ARDC #6216098
Heyl, Royster, Voelker & Allen
102 E. Main Street
Suite 300
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060