10209-R6068
BMS/dkl
G:\68\R6068\R6068EOA 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY SWAYNE HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 07 2135 |
| | ) |
| DAN WALSH, DR. STEPHEN CULLINAN, | ) |
| AND HEALTH PROFESSIONALS, LTD., | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

NOW COMES BRIAN M. SMITH of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters his appearance in the above-captioned cause on behalf of the Defendants, DAN WALSH, DR. STEPHEN CULLINAN, AND HEALTH PROFESSIONALS, LTD.

Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

DAN WALSH, DR. STEPHEN CULLINAN,
AND HEALTH PROFESSIONALS, LTD,
Defendant

 s/ Brian M. Smith
Attorney for Defendants
     Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: bsmith@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

                                              s/ Brian M. Smith
                                              Attorney for Defendants
                                              Heyl, Royster, Voelker & Allen
                                              Suite 300
                                              102 E. Main Street
                                              P.O. Box 129
                                              Urbana, IL 61803-0129
                                              217-344-0060 Phone
                                              217-344-9295 Fax
                                              E-mail: bsmith@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060