10209-R6068
KEF/dkl
G:\68\R6068\R6068PMI 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY SWAYNE HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 07 2135 |
| ) | |
| DAN WALSH, DR. STEPHEN CULLINAN, ) | |
| AND HEALTH PROFESSIONALS, LTD., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO COMPEL**

NOW COME the Defendants, DAN WALSH, DR. STEPHEN CULLINAN, and HEALTH PROFESSIONALS, LTD., by their attorneys, Heyl, Royster, Voelker & Allen, and pursuant to Federal Rule 37, hereby move this honorable court to enter an Order compelling the Plaintiff, ANTHONY SWAYNE HARRIS, to comply with the outstanding discovery requests, and in further support thereof state as follows:

1. On April 8, 2008, these Defendants served a set of Interrogatories and a Request to Produce upon the Plaintiff, ANTHONY SWAYNE HARRIS (see Exhibit A). Pursuant to Federal Rules 33 and 34, the Plaintiff was to have provided his sworn answers to the Interrogatories and responses to the Request to Produce within 30 days.

2. As of this writing, the Plaintiff has not complied with the outstanding discovery requests, and has provided no responses whatsoever.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

3.      As the Court will recall, on May 5, 2008, the Court conducted a telephone conference status hearing at which time the Plaintiff indicated that he was not able to respond to the discovery requests as a result of having been on constant lockdown from the time that he received the requests until the time of the hearing, but indicated he would comply as soon as he was able.

4.      Pursuant to a telephone conversation with the Illinois Department of Corrections and the Litigation Coordinator at Menard Correctional Center, the cell house in which the Plaintiff is being held has not been on lockdown since May 7, 2008.  This representation is made as an officer of the Court.

5.      Pursuant to Rule 37, the conference with the Court and counsel satisfies the effort to address the failure to provide discovery disclosures.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 37, these Defendants request that the Court enter an Order compelling the Plaintiff's compliance with the outstanding discovery requests, for appropriate sanctions, and for costs.

>                               Respectfully submitted,
>                               DAN WALSH, DR. STEPHEN CULLINAN,
>                               AND HEALTH PROFESSIONALS, LTD.,
>                               Defendants,
>
>                               By:     s/ Keith E. Fruehling
>                                       Attorney for Defendants
>                                       ARDC #6216098
>                                       Heyl, Royster, Voelker & Allen
>                                       102 E. Main Street
>                                       Suite 300
>                                       Urbana, IL 61803-0129
>                                       217-344-0060 Phone
>                                       217-344-9295 Fax
>                                       E-mail: kfruehling@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

# CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

s/ Keith E. Fruehling
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: kfruehling@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3

2:07-cv-02135-DGB     # 36-2     Page 1 of 3

E-FILED
Friday, 13 June, 2008 01:07:49 PM
Clerk, U.S. District Court, ILCD

Page 1 of 2

10209-R6068
EMW/KEF/BMS

G

Urbana ECF - Activity in Case 2:07-cv-02135-DGB Harris v. Walsh et al Certificate

**From:**
**To:**
**Date:**     4/8/2008 2:19 PM
**Subject:**  Activity in Case 2:07-cv-02135-DGB Harris v. Walsh et al Certificate

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

CENTRAL DISTRICT OF ILLINOIS

## Notice of Electronic Filing

The following transaction was entered by Fruehling, Keith on 4/8/2008 at 2:18 PM CDT and filed on 4/8/2008

**Case Name:**      Harris v. Walsh et al
**Case Number:**    2:07-cv-2135
**Filer:**          Stephen Cullinan
                    Health Professional Limited
                    Dan Walsh
**Document Number:** 34

**Docket Text:**
CERTIFICATE OF SERVICE FOR DISCOVERY. (Fruehling, Keith)


**2:07-cv-2135 Notice has been electronically mailed to:**

Keith Eric Fruehling     kfruehling@hrva.com, urbecf@hrva.com

**2:07-cv-2135 Notice has been delivered by other means to:**

Anthony Swayne Harris
K81789
MENARD
Menard Correctional Center
Inmate Mail/Parcels
PO Box 711

Exhibit A

file://C:\Documents and Settings\pfourez\Local Settings\Temp\XPgrpwise\47FB7F0DUrbG...   4/8/2008

Menard, IL 62259

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1068668610 [Date=4/8/2008] [FileNumber=703583-0]
[4b9bdb9a932f6a5c51f386f2825a807b34c67fd96ea545a1d3b2f70b03cc7cd0ab499
6869af668a019d611106676f04f047d755ab206b37b32d7e3843b389813]]

2:07-cv-02135-DGB   # 34   Page 1 of 2

10209-R6068
EMW/KEF/BMS
E-FILED
Tuesday, 08 April, 2008 02:16:59 PM
Clerk, U.S. District Court, ILCD

10209-R6068
KEF/dkl
G:\68\R6068\R6068DCC 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| ANTHONY SWAYNE HARRIS, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 07 2135 |
| DAN WALSH, DR. STEPHEN CULLINAN, AND HEALTH PROFESSIONALS, LTD., | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE FOR DISCOVERY

The undersigned attorney hereby certifies that on the 8th day of April, 2008, he served copies of **INTERROGATORIES and REQUEST TO PRODUCE** to the Plaintiff by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

I further hereby certify that I have mailed by U.S. Mail the Certificate of Service to the following non-CM/ECF participants:

Mr. Anthony Swayne Harris
K81789
Menard Correctional Center
Inmate Mail/Parcels
P.O. Box 711
Menard, IL 62259

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060