E-FILED
Monday, 16 June, 2008  08:57:32 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ANTHONY S. HARRIS** ) | **WRIT OF HABEAS CORPUS** | |
| Plaintiff ) | **AD TESTIFICANDUM** | |
| ) | | |
| **vs** ) | | |
| ) | **CASE NO. 07-2135** | |
| **DAN WALSH, ET AL** ) | | |
| Defendant ) | | |

**TO: THE WARDEN of** MENARD at MENARD, IL.

**WE COMMAND** that you produce the body of **ANTHONY S HARRIS**, Register No. **K 81789**, who is in your custody at MENARD before the United States District Court on **MONDAY, AUGUST 4, 2008 AT 10:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

      **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED: JUNE 16, 2008

    PAMELA E. ROBINSON, CLERK
    UNITED STATES DISTRICT COURT

    BY: _s/K. Wynn_
        Deputy Clerk