**E-FILED**
Tuesday, 24 June, 2008 01:30:10 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| **ANTHONY S HARRIS,** | ) | **AMENDED** |
| Plaintiff | ) | **WRIT OF HABEAS CORPUS** |
|  | ) | **AD TESTIFICANDUM** |
| **vs** | ) | |
|  | ) | **CASE NO. 07-2135** |
| **DAN WALSH, ET AL,** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** MENARD at MENARD, IL.

       **WE COMMAND** that you produce the body of **ANTHONY S HARRIS**, Register No. **K 81789**, who is in your custody at MENARD before the United States District Court on **WEDNESDAY, AUG. 13, 2008 AT 10:00 A.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

       **WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

       DATED: JUNE 24, 2008

                              PAMELA E. ROBINSON, CLERK
                              UNITED STATES DISTRICT COURT

                              BY:___s/K. Wynn_____
                                  Deputy Clerk