E-FILED
Wednesday, 02 July, 2008  03:46:59 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| **ANTHONY SWAYNE HARRIS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | )  Case No. 07-2135 |
| **DAN WALSH, DR. STEPHEN CULLINAN,** | ) |
| **and HEALTH PROFESSIONALS, LTD.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is a Motion to Compel (#36) filed by Defendants. Plaintiff has not filed a response. According to the unopposed motion, Plaintiff has failed to respond to outstanding discovery served April 8, 2008. At a status conference conducted May 5, 2008, Plaintiff explained that he was having difficulty responding to discovery because of a lock down at his institution. According to the motion, the cell house in which Plaintiff is held has not been on lock down since May 7, 2008.

Plaintiff initiated the lawsuit. He must pursue the lawsuit in accordance with the rules. He cannot avoid responding to discovery.

The Motion to Compel **(#36)** is **GRANTED**. Plaintiff is ordered to respond to all outstanding discovery within twenty-one (21) days of the date of this Order. Failure to comply can subject Plaintiff to sanctions, including dismissal of his lawsuit.

ENTER this 2nd day of July, 2008.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE