E-FILED
Monday, 14 July, 2008 11:21:00 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTHONY HARRIS**   Plaintiff | **AMENDED WRIT OF HABEAS CORPUS**   **AD TESTIFICANDUM** |
| vs | |
| | **CASE NO. 07-2135** |
| **DAN WALSH, ET AL,**   Defendant | |

**TO: THE WARDEN of** MENARD at MENARD, IL.

**WE COMMAND** that you produce the body of **ANTHONY HARRIS**, Register No. **K 81789**, who is in your custody at MENARD before the United States District Court on **MONDAY, AUGUST 18, 2008 AT 3:00 P.M.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

**WITNESS** the Honorable PAMELA E. ROBINSON, CLERK of the United States District Court for the Central District of Illinois.

DATED: JULY 14, 2008

PAMELA E. ROBINSON, CLERK
UNITED STATES DISTRICT COURT

BY: s/K. Wynn
Deputy Clerk