**Illinois Department of Corrections**

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Menard Correctional Center / 711 Kaskaskia Street / Menard, IL 62259-9998 / Telephone: (618) 826-5071 / TDD: (800) 526-0844

# Fax Cover Sheet

**To:** Magistrate Judge David G. Bernthal

**From:** Legal Services – Menard Correctional Center

**Fax:** 217-373-5840

**Pages:** 1

**Phone:**

**Date:** 7/25/08

**Re:** Anthony Harris v. Walsh, et al. Case No. 07-2135

**CC:**

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

Offender Anthony Harris K81789 will be available for the telephone conference call on Monday, August 18, 2008 at 3:00 p.m. Please call 618-826-5071 extension 2537.



RECEIVED
JUL 25 2008
U.S. MAGISTRATE
URBANA, ILLINOIS